**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7607**

---

GERALD BRYANT,

Plaintiff - Appellant,

versus

JAMES B. HUNT, JR.; JUANITA BAKER; THEODIS
BECK; ELBERT T. BUCK, JR., CHARLES L. MANN,
SR.,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-00-569-5-H)

---

Submitted: March 20, 2001          Decided: April 19, 2001

---

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Gerald Bryant, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerald Bryant appeals the district court's order dismissing as frivolous his complaint filed under 42 U.S.C.A. § 1983 (West Supp. 2000), and dismissing one claim without prejudice to his right to challenge the length of his sentence by filing a petition under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the district court's dismissal of Bryant's claims, except for his equal protection claim, on the reasoning of the district court. Bryant v. Hunt, No. CA-00-569-5-H (E.D.N.C. Oct. 12, 2000).

As for Bryant's equal protection claim, the district court noted that Bryant failed to allege any factual support for his claim. Because he may be able to provide specific examples of similarly situated inmates to support his equal protection claim, we modify the dismissal of that claim to be without prejudice and affirm as modified. 28 U.S.C. § 2106 (1994). We deny Bryant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2